UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE JEFFERY VILLINES,<br><br>　　　Plaintiff<br><br>v.<br><br>NYE COUNTY SHERIFF DEPARTMENT, et al.,<br><br>　　　Defendants | Case No.: 2:20-cv-00099-APG-BNW<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 7] |

　　　On July 20, 2021, Magistrate Judge Weksler recommended that I dismiss with prejudice plaintiff Wayne Villines' claims under the Fifth and Sixth Amendment and his Fourth Amendment false arrest claim. ECF No. 7.  She also recommended that I dismiss Villines' remaining claims without prejudice.  Villines did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 7) is accepted. Plaintiff Wayne Villines' claims for violation of his right to counsel under the Fifth and Sixth Amendments and for false arrest under the Fourth Amendment are dismissed with prejudice. His remaining claims are dismissed without prejudice.

I FURTHER ORDER that plaintiff Wayne Villines may file an amended complaint by October 13, 2021. Failure to file an amended complaint by that date will result in dismissal of all remaining claims without prejudice.

DATED this 13th day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE