**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WAYNE JEFFERY VILLINES, | Case No.: 2:20-cv-00099-APG-BNW |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| NYE COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants | |

On July 20, 2021, Magistrate Judge Weksler recommended that I dismiss with prejudice plaintiff Wayne Villines' claims under the Fifth and Sixth Amendment and his Fourth Amendment false arrest claim. ECF No. 7.  She also recommended that I dismiss Villines' remaining claims without prejudice. *Id.*  Villines did not object.  Consequently, I accepted Judge Weksler's report and recommendation, dismissed Villines' claims for violation of his right to counsel under the Fifth and Sixth Amendments and for false arrest under the Fourth Amendment with prejudice, and dismissed his remaining claims without prejudice. ECF No. 9.  I gave Villines until October 13, 2021 to file an amended complaint. *Id.*  I warned him that failure to file an amended complaint by that date would result in dismissal of all remaining claims without prejudice.  Villines did not file an amended complaint.

I THEREFORE ORDER that plaintiff Wayne Villines' claims for violation of his right to counsel under the Fifth and Sixth Amendments and for false arrest under the Fourth Amendment are dismissed with prejudice and his remaining claims are dismissed without prejudice.  The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 22nd day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE